UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-30082 |
|---|---|
| MARK E BAYES | (Chapter 13) |
| BRENDA L BAYES | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050451**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 10,005 | AMERICAN GENERAL FINANCE SVCS<br>2628 COLONEL GLENN HIGHWAY<br>SUITE B<br>FAIRBORN, OH  45324 | 484.36 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/9/2010

Certificate of Service 09-30082

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK E BAYES
BRENDA L BAYES
5213 POCONO DRIVE
HUBER HEIGHTS, OH  45424

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(10005.3)
AMERICAN GENERAL FINANCE
6015 BRANDT PK
HUBER HEIGHTS, OH  45424

(10005.1)
AMERICAN GENERAL FINANCE SVCS
2628 COLONEL GLENN HIGHWAY
SUITE B
FAIRBORN, OH  45324

(1.1n)
MIA L CONNER
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(46.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(44.1n)
RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv